■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN ROBINSON, Appellant. [32 NYS3d 529]—Appeal from a resentence of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered May 27, 2015. Defendant was resentenced upon remittal (*People v Robinson*, 128 AD3d 1464 [2015]).

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, DeJoseph, Curran and Scudder, JJ.